COMMONWEALTH of Pennsylvania, Respondent

v.

**Mitchell Glen RUNK, Petitioner**

**No. 772 MAL 2016**

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.